[No. 2734–2.  Division Two.  July 17, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. VIOLET
KERRIGAN, *Appellant.*

Appeal from a judgment of the Superior Court for
Thurston County, No. C–5253, Robert J. Doran, J., entered

July 21, 1976. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Soule and Ringold, JJ.